The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH DOOR,<br><br>    Defendant. | NO. CR12-5126RBL<br><br>**ORDER GRANTING GOVERNMENT'S MOTION *IN LIMINE* RE: JAMES CONTRERAS** |

This matter having come before the Court on the Government's Motion *in Limine*, and the Court having considered the motion and any response thereto and reply in support thereof, and the records and files in this matter, finds as follows:

The Government's Motion *in Limine* is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1. Any reference, evidence, or argument regarding the investigation and criminal indictment of James Contreras, the former Resident Agent in Charge, Tacoma Satellite Office, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), is hereby excluded from trial in this matter.

ORDER GRANTING GOVERNMENT'S MOTION *IN LIMINE*/DOOR - 1
NO. CR12-5126RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    2.   Counsel for the defendant shall instruct the defendant and/or any witness
2 called by the defense to testify in this matter regarding this Order and the prohibitions set
3 forth herein.
4
5    DATED this 3rd day of March, 2014.
6
7
8
9    RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE
10
11
12
13
14 Presented by:
15 *s/ Steven T. Masada*
16 STEVEN T. MASADA
   Assistant United States Attorney
17
18 *s/ Norman M. Barbosa*
   NORMAN M. BARBOSA
19 Assistant United States Attorney
20
21
22
23
24
25
26
27
28

ORDER GRANTING GOVERNMENT'S MOTION *IN LIMINE*/DOOR - 2
NO. CR12-5126RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970