DISTRICT JUDGE RONALD LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR12-5126RBL |
| Plaintiff, | |
| vs. | ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS STATEMENTS AFTER PRETRIAL FILING DEADLINE |
| KENNETH R. DOOR, | |
| Defendant. | |

THE COURT having considered the motion of defendant for leave to file defendant Kenneth Door's Motion to Suppress Statements Due to Fifth Amendment Violation After Pretrial Filing Deadline of January 28, 2014, and the records and files herein, the Court hereby makes the following findings:

Defendant's motion is **DENIED**.

DONE this 3rd day of March, 2014.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ON LEAVE TO FILE MOTION LATE

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**1001 Fourth Avenue, Suite 3200**
**Seattle, WA 98118**
**(206) 940-6523**
Lohrafflaw@gmail.com

Presented by:

1

*s/Timothy R. Lohraff*
Bar No. 32145

2

Attorney for Kenneth R. Door
1001 Fourth Avenue, Suite 3200

3

Seattle, WA  98154
206/940-6523

4

Lohrafflaw@gmail.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON LEAVE TO FILE MOTION LATE

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**1001 Fourth Avenue, Suite 3200**
**Seattle, WA 98118**
**(206) 940-6523**
**Lohrafflaw@gmail.com**