HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH DOOR,<br><br>        Defendant. | CASE NO. CR12-5126RBL<br><br>ORDER ON DEFENDANT'S MOTIONS IN LIMINE |

This matter having come before the Court on the Defendant's Motion *in Limine*, and the Court having considered the motion and any response thereto and reply in support thereof, and the records and files in this matter, finds as follows:

1. Request to exclude witnesses from Court.

    **GRANT**

2. Motion to Exclude Testimony of "Inextricably Intertwined Evidence."

    **DENIED**

3. Motion to Exclude "Expert" Witness and anticipated hearsay evidence about drug dealing by Mr. Door.

    a. Jonathan Hansen        **DENIED**

     b.  Gregory Tomlinson        **DENIED**

4.  Motion to Exclude Anticipated Hearsay Testimony of Non-testifying Civilians.

    **RESERVED**

5.  Motion to Exclude the Pipes, Scales and Baggies.

    **DENIED**

6.  Motion to Exclude Evidence of Prior Criminal Convictions.

    **RESERVED**

7.  Motion to Exclude Testimony about Mr. Door's alleged statement that a gun found in his residence is connected to two deaths.

    **GRANT**

8.  Motion to Exclude Evidence about supposition that Mr. Door was in the Residence on November 9, 2011 when law enforcement initially arrived.

    **DENIED**

9.  Motion to Exclude Comments from "neighbors" about Mr. Door.

    **RESERVED**

10. Apply the Rule of Completeness regarding Mr. Door's jailhouse comments.

    **RESERVED.**

Dated this 3rd day of March, 2014.

*Ronald B. Leighton* (signature)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE